UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| S.A.H.H. HOSPITAL MANAGEMENT, LLC, S.A.H.H. INVESTMENT GROUP, Ltd., and S.A.H.H. MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SAN ANTONIO HOSPITAL MANAGEMENT, INC., SAN ANTONIO HOLDINGS, INC., AND MEDCATH, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 5:12-CV-1069-XR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs S.A.H.H. Hospital Management, LLC, S.A.H.H. Investment Group, Ltd., and S.A.H.H. Management, Inc. and Defendants San Antonio Hospital Management, Inc., San Antonio Holdings, Inc., and MedCath, Inc. hereby file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The parties state that they have reached a settlement resolving all claims between them and such settlement has been fully executed. Accordingly, Plaintiffs and Defendants hereby jointly dismiss this case with prejudice, except as to any rights they may have in accordance with the parties' settlement agreement.

WHEREFORE, Plaintiffs and Defendants stipulate to the dismissal of all claims and causes of action asserted, or that could have been asserted, by any Plaintiff against any Defendant and/or by any Defendant against any Plaintiff, except for any rights the parties may have with respect to each other under the terms of their settlement agreement, with prejudice to the re-filing of same, with all taxable costs of court to be borne by the party incurring same.

Respectfully submitted by:

| | |
|---|---|
| */s/ Jonathan Bridges* | */s/ Patrick G. O'Brien* |
| Terrell W. Oxford | Daniel McNeel Lane, Jr. |
| Texas Bar No. 15390500 | Texas Bar No. 00784441 |
| Jonathan Bridges | AKIN GUMP STRAUSS HAUER & FELD LLP |
| State Bar No. 24028835 | |
| SUSMAN GODFREY L.L.P. | 300 Convent Street |
| 901 Main Street, Suite 1500 | Suite 1500 |
| Dallas, TX 75202-3775 | San Antonio, TX 78205-3732 |
| (214) 754-1900 | (210) 281-7000 |
| (214) 754-1933 (facsimile) | (210) 224-2035 (facsimile) |
| E-mail: toxford@susmangodfrey.com | E-mail: nlane@akingump.com |
| E-mail: jbridges@susmangodfrey.com | |
| | J. Eric Gambrell |
| ATTORNEYS FOR PLAINTIFFS | Texas Bar No 00790735 |
| | Patrick G. O'Brien |
| | Texas Bar No. 24046541 |
| | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | 1700 Pacific Avenue, Suite 4100 |
| | Dallas, Texas 75201 |
| | (214) 969-2799 |
| | (214) 969-4343 (facsimile) |
| | E-mail: egambrell@akingump.com |
| | E-mail: pobrien@akingump.com |
| | |
| | James P. McLoughlin, Jr. (admitted *pro hac vice*) |
| | N.C. State Bar No. 13795 |
| | John A. Fagg, Jr. (admitted *pro hac vice*) |
| | N.C. State Bar No. 28516 |
| | Jason G. Idilbi (admitted *pro hac vice*) |
| | N.C. State Bar No. 45633 |
| | MOORE & VAN ALLEN PLLC |
| | 100 N. Tryon Street, Suite 4700 |
| | Charlotte, NC 28202-4003 |
| | (704) 331-3100 |
| | (704) 378-2092 (facsimile) |
| | E-mail: jimmcloughlin@mvalaw.com |
| | E-mail: johnfagg@mvalaw.com |
| | E-mail: jasonidilbi@mvalaw.com |
| | |
| | ATTORNEYS FOR DEFENDANTS |

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 16th day of May, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic mean.


                 */s/ Jonathan Bridges*
                 Jonathan Bridges